IN THE MATTER OF ROBERT JOHN SCHOMP AND BOARD OF REVIEW, STATE OF NEW JERSEY UNEMPLOY-MENT COMPENSATION COMMISSION, RESPONDENT, v. THE FULLER BRUSH COMPANY, APPELLANT.

Argued February 8, 1941—Decided May 1, 1941.

For the respondents, *Charles A. Malloy* (*Herman D. Ringle*, of counsel).

For the appellant, *John A. Laird*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.